# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

|  |  |
|---|---|
| LINDA METCALF,<br><br>       *Plaintiff*,<br><br>    v.<br><br>WEBBANK, INC., ROUSH ELECTRICAL COMPANY LLC, EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION, LLC,<br><br>       *Defendants*. | Civil Action No.: 4:25-cv-00968-KGB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The undersigned, counsel for Plaintiff and Equifax Information Services LLC ("Equifax"), hereby stipulate and agree as follows:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the settlement agreement between the parties, Plaintiff dismisses this action with prejudice and without costs as against Equifax only. The parties shall bear their own costs and fees, including attorneys' fees. Nothing herein shall be deemed to limit, expand or in any way alter the rights of any party pursuant to the settlement agreement.

Dated: May 28, 2026

| | |
|---|---|
| */s/Heather H. Sharp* | */s/Evan S. Rothfarb* |
| Heather H. Sharp | Evan S. Rothfarb |
| hsharp@seyfarth.com | (admitted *Pro Hac Vice*) |
| SEYFARTH SHAW LLP | SCHLANGER LAW GROUP, LLP |
| 1075 Peachtree Street, N.E. | 60 East 42nd Street, 46th Floor |
| Suite 2500 | New York, NY 10165 |
| Atlanta, Georgia 30309-3958 | T: 212-500-6114 |
| Telephone: (404) 885-1500 | F: 646-612-7996 |
| Facsimile: (404) 892-7056 | E: erothfarb@consumerprotection.net |
| | |
| *Counsel for Defendant Equifax* | Corey D. McGaha |
| *Information Services LLC* | Arkansas Bar No. 2003047 |

COREY D. MCGAHA, PLLC
5507 Ranch Drive, Suite 104-D
Little Rock, AR 72223
T: 501-205-4026
F: 501-367-8208
E: cmcgaha@mcgahalaw.com

*Counsel for Plaintiff Linda Metcalf*

Dated: _____

**SO ORDERED.**

_____
Hon. Kristine G. Baker, U.S.D.J.

2